NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**S3 GRAPHICS CO., LTD. AND S3 GRAPHICS, INC.,**
*Appellants,*

v.

**INTERNATIONAL TRADE COMMISSION,**
*Appellee,*

AND

**APPLE INC.,**
*Intervenor.*

---

2012-1127

---

On appeal from the United States International Trade Commission in Investigation No. 337-TA-724.

---

## ON MOTION

---

## ORDER

Apple Inc. moves to withdraw Michael L. Myers as of counsel.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

JUN 20 2012
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  George A. Riley, Esq.
     Donald R. Dunner, Esq.
     Clark S. Cheney, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 20 2012

JAN HORBALY
CLERK